IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| THOMAS HARDER; | |
|---|---|
| Plaintiff, | **8:18CV58** |
| vs. | |
| UNION PACIFIC RAILROAD CO., | **ORDER** |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED that the Order Setting Schedule for Initial Progression of a Civil Case, (Filing No. 11). Including all unexpired deadlines within it, is vacated.

August 7, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge