IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| THOMAS HARDER, | |
|---|---|
| Plaintiff, | 8:18CV58 |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, | ORDER |
| Defendant. | |

This matter is before the court on the parties' Consent to Magistrate Judge, Filing No. 23.

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl R. Zwart, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

Dated this 20th day of June, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge